NATIONAL SURETY COMPANY, Respondent, *v.* JULES BREUCHAUD, Appellant.

Reported below, 165 App. Div. 395.
(Argued October 2, 1916; decided October 10, 1916.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered January 4, 1915, affirming a judgment in favor of plaintiff entered upon a verdict directed by the court in an action to recover a premium on a surety bond.

The motion was made upon the grounds that the decision of the Appellate Division was unanimous; that the exceptions were frivolous and that the appeal was taken for purpose of delay only.

*William R. Page* for motion.

*A. T. Clearwater* opposed.

Motion denied, with ten dollars costs.